**BRONSON LAW OFFICES, P.C.**
480 Mamaroneck Avenue, Harrison, NY 10528
61-43 186th Street, Fresh Meadows, NY 11365

H. Bruce Bronson, Jr., Esq.
(admitted NY )
email:hbbronson@bronsonlaw.net

Telephone:
877-385-7793
Fax: 888-908-6906

of Counsel:
Victoria Lehning, Esq.

August 28, 2018

Hon. Judge Robert D. Drain
US Bankruptcy Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re:    **Sloane Worth Bankruptcy Case No: 17-23155**
       **Loss Mitigation Status Letter**

Dear Judge Drain:

Our firm represents the captioned Debtor, Sloane Worth.

On July 5, 2018, our office received a Denial of the loan modification application from the new servicer, SN Servicing Corporation ("SN Servicing") for an incomplete package.

On May 25, 2018, our office received a Loss Mitigation package from counsel for the second mortgage, Bank of America.

On August 28, 2018, our office submitted updated documents to both lenders. We currently await each lenders review of the most recently submitted documents. The Debtor will remain current on all post-petition mortgage payments to both lenders while loss mitigation is pending.

Very truly yours,

/s/ **H. Bruce Bronson**
H. Bruce Bronson