H. Bruce Bronson, Jr., Esq.
(admitted NY)
email:hbbronson@bronsonlaw.net

of Counsel:
Victoria Lehning

**BRONSON LAW OFFICES, P.C.**
480 Mamaroneck Avenue, Harrison, NY 10528
42 Catherine Street, Poughkeepsie, New York 12601
Telephone:
914-269-2530
Fax: 888-908-6906

October 28, 2019

Hon. Judge Sean Lane
US Bankruptcy Court
Southern District of NY
300 Quarropas Street
White Plains, NY 10601

Re: **Sloane Worth ("Debtor") Bankruptcy Case No: 17-23155**

Dear Judge Lane:

Please allow this letter to serve as a status report on the above referenced Debtor's bankruptcy case.

A motion to approve a trial loan modification between the Debtor and her first mortgage, SN Servicing Corporation ("SN Servicing") was filed on December 11, 2018. The order approving the modification has been submitted to Chambers for signature.

A stipulation resolving the second mortgage lien between the Debtor and Bank of America, N.A. ("Bank of America"), was entered on April 19, 2019.

The Debtor remains current on her chapter 13 plan payments and will provide any outstanding documents and information to the trustee, if requested. Our office intends to file an Application for Compensation in this case, and we expect the case to be ready to confirm at the next hearing.

Very truly yours,

/s/ H. Bruce Bronson
H. Bruce Bronson