UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
In re:

               23-CV-03182-CS

               CHAPTER 13

SLOANE A. WORTH,

               Bankruptcy Case No.: 17-23155

           Debtor.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - --X  **DESIGNATION**


SLOANE A. WORTH,

    PLAINTIFF/APPELLANT

 v.

KRISTA PRUESS, CHAPTER 13 TRUSTEE,

    DEFENDANT/APPELLEE
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

**APPELLANT SLOANE A. WORTH'S STATEMENT OF ISSUES AND DISIGNATION OF RECORD ON APPEAL FROM THE FINAL ORDER DISMISSING DEBTOR'S CASE**

  Sloane A. Worth ("Appellant"), by and through her counsel, respectfully submits this designation of record and issues in furtherance of her appeal under 28 U.S.C. §158(a) from the final order entered in the bankruptcy case filed in the Southern District of New York case number 17-23155 (CGM) Doc. No. 83, entitled "ORDER DISMISSING CASE".

  In accordance with the requirements of Federal Rule of Bankruptcy Procedure 8009, Appellant respectfully submits the following statement of issues to be presented, and designation of record items to be included in the record on appeal in connection with this appeal.

## ISSUES ON APPEAL

1. Did Judge Morris err by conducting a post confirmation disposable income analysis in the absence of bad faith pursuant to 11 U.S.C. §1325(b)?

2. Did Judge Morris err by determining the Appellant was required to propose a plan that provided a 100% distribution to all creditors?

3. Did Judge Morris err by finding that there was a significant increase in the household income of the Appellant?

4. Did Judge Morris err by including Appellant's spouse's capital gains from an inheritance that was not property of the estate in the Appellant's household income?

5. Did Judge Morris err by finding that Appellant's spouse was required to contribute all of his disposable income to Appellant's chapter 13 plan?

6. Did Judge Morris err by finding cause to dismiss Appellant's chapter 13 case?

## DESIGNATION OF RECORD ON APPEAL

Appellant designates

    a. Documents set forth on attachment **A** from the docket in Appellant's bankruptcy case (which includes all transcripts of all hearings);

    b. Attached hereto as Exhibit **B** is a copy of the notice of appeal with the order being appealed from.

Dated: Harrison, NY
April 28, 2023

BRONSON LAW OFFICES P.C.

/s/ H. Bruce Bronson
H. Bruce Bronson, Esq.
480 Mamaroneck Ave.
Harrison, NY 10528
914-269-2530
hbbronson@bronsonlaw.net