# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK
**300 Quarropas Street**
**White Plains, NY 10601**

| | |
|---|---|
| IN RE: Sloane A. Worth | CASE NO.: 17–23155–cgm |
| Social Security/Taxpayer ID/Employer ID/Other Nos.: xxx–xx–0906 | CHAPTER: 13 |

# NOTICE OF A HEARING

Notice Of A Hearing To Consider Re: OPINION & ORDER: For the foregoing reasons, the Bankruptcy Court's Order is vacated and the case is remanded to the Bankruptcy Court for further proceedings consistent with this decision. The Clerk of Court is respectfully directed to close the case. SO ORDERED. (Signed by Judge Cathy Seibel on 2/26/2024),(related document(s)[95]); Participants must register their appearance using the Bankruptcy Courts eCourt Appearance tool at least 48 hours before the hearing. The eCourt Appearance tool is accessible on the Bankruptcy Courts website at https://www.nysb.uscourts.gov/ecourt–appearances. The Court will circulate the Zoom information via email prior to the hearing. Participants who fail to register timely must appear in person at 355 Main Street, Poughkeepsie, New York; With A Hearing To Be Held On: 04/03/2024 at 09:00 AM at Videoconference (ZoomGov) (CGM) (Mercado, Tracey).

| | |
|---|---|
| Dated: March 11, 2024 | Vito Genna<br>Clerk of the Court |